FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 19-0502

IN THE INTEREST OF D.C., A CHILD

§
§
§
§
§
§
§
§

Brazos County,

10th District.

**August 2, 2019**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 12th day of September, 2019.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk